IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JOSEPH MAYERNIK,** | Case No. 1:20-CV-00132 |
| **Plaintiff,** | Judge Michael R. Barrett |
| v. | **ORDER** |
| **CERTAINTEED LLC,** | |
| **Defendant.** | |

The parties have advised the Court that, on April 2, 2021, they entered into a confidential settlement agreement. In accordance with the parties' settlement agreement, the Court hereby orders that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), conditioned upon the parties' compliance with their settlement agreement. The Court retains jurisdiction over this matter to enforce the terms of the parties' settlement agreement.

SO ORDERED.

/s Michael R. Barrett
United States District Judge